IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRUCE JOHNSON and VERCIE JOHNSON, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-525-*** ) |
| JEANETTE FOREMAN, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___3___ day of January, 2007, the complaint in the above-captioned case having been filed on August 25, 2006;

IT IS ORDERED that, on or before **January 31, 2007**, plaintiffs shall show cause why this case should not be dismissed for failure to serve process upon defendant Jeanette Foreman, within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

Honorable Mary Pat Thynge
U.S. Magistrate Judge