IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRUCE JOHNSON and VERCIE JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-525   GMS |
| JEANETTE FOREMAN, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the complaint in the above-captioned case was filed on August 25, 2006 (D.I. 1);

WHEREAS, on January 3, 2007, the court ordered the plaintiff to show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m) (D.I. 5);

WHEREAS, the plaintiff did not respond to the show cause order within the time period provided;

WHEREAS, the plaintiff has failed to show cause why this case should not be dismissed for failure to serve process as ordered by the court;

THEREFORE, IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

FILED

FEB - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE